UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

EARL E. BROWN,

                          Plaintiff,

         -v-

AIG INVESTMENTS, *et al.*,

                         Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/12

12 Civ. 3243 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

      The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated.  Any pending motions are moot.  All conferences, including the one scheduled for this afternoon, are vacated.

      SO ORDERED.

Dated: September 24, 2012
      New York, New York

JESSE M. FURMAN
United States District Judge